IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOVIA LAFAELE,

    Plaintiff,               No. CIV S-04-0385 DFL KJM P

    vs.

P. LARGENT,

    Defendant.             ORDER

_____/

        Plaintiff has requested an extension of time to file and serve objections to the court's August 23, 2005 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 14, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the court's August 23, 2005 findings and recommendations.

DATED: September 16, 2005.

                                      UNITED STATES MAGISTRATE JUDGE

/kf
lafa0385.36